B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>**CENTRAL DISTRICT OF CALIFORNIA** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Halo Resorts, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **33-0991934** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**17150 Euclid Steet, Suite 200**<br>**Fountain Valley, California**<br>ZIP CODE **92708** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13) Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Halo Resorts, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Halo Resorts, Inc.** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X   **/s/ Melissa Davis Lowe**<br>    Signature of Attorney for Debtor(s)<br>**Melissa Davis Lowe   Bar No. 245521**<br>Printed Name of Attorney for Debtor(s)<br>**Shulman Hodges & Bastian LLP**<br>Firm Name<br><br>**100 Spectrum Center Drive, Suite 600**<br>**Irvine, California 92618**<br>Address<br>**(949) 340-3400**<br>Telephone Number<br>**April 1, 2015**<br>Date<br><br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>    Signature<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   **/s/ Surinder S. Dang**<br>    Signature of Authorized Individual<br>**Surinder S. Dang**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**April 1, 2015**<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Melissa Davis Lowe<br>Shulman Hodges & Bastian LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Phone: (949) 340-3400<br>Fax: (949) 340-3000<br>Bar No.: 245521<br><br>[X] Attorney for: Halo Resorts, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Halo Resorts, Inc.<br><br>Debtor. | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

[ ] Petition, statement of affairs, schedules or lists          Date Filed: _____
[ ] Amendments to petition, statement of affairs, schedules or lists    Date Filed: _____
[X] Other: **Emergency Petition**                                Date Filed: April 1, 2015

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          4·1·2015
Signature of Authorized Signatory of Filing Party       Date

**Surinder S. Dang**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

_[signature]_         4/1/15
Signature of Attorney for Filing Party     Date

**Melissa Davis Lowe**
Printed Name of Attorney for Filing Party

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re                 | Case No.   |
|-----------------------|------------|
| HALO RESORTS, INC.,   | Chapter 11 |
| Debtor.               |            |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)..

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| ALWYN WILKINSON & WILLIAM BANKS<br>C/O SHENKMAN & HUGHES<br>KEVIN I. SHENKMAN, ESQ.<br>28905 WIGHT ROAD<br>MALIBU, CA 90265 | ALWYN WILKINSON & WILLIAM BANKS<br>C/O SHENKMAN & HUGHES<br>KEVIN I. SHENKMAN, ESQ.<br>28905 WIGHT ROAD<br>MALIBU, CA 90265<br><br>Tel: | Judgment dated November 17, 2014 | X | $4,335,000.00 |
| ALWYN WILKINSON<br>39478 CANYON DRIVE<br>FOREST FALLS, CA 92339-9685 | ALWYN WILKINSON<br>39478 CANYON DRIVE<br>FOREST FALLS, CA 92339-9685<br><br>Tel: | duplicate | | duplicate |
| ALWYN WILKINSON<br>13457 5TH PLACE<br>YUCAIPA, CA 92399 | ALWYN WILKINSON<br>13457 5TH PLACE<br>YUCAIPA, CA 92399<br><br>Tel: | Duplicate | | duplicate |
| CONSTANCE HAMPTON<br>C/O SHENKMAN & HUGHES<br>28905 WIGHT ROAD<br>MALIBU, CA 90265 | CONSTANCE HAMPTON<br>C/O SHENKMAN & HUGHES<br>28905 WIGHT ROAD<br>MALIBU, CA 90265<br><br>Tel: | Reciver - notice purposes only | | duplicate |
| CONSTANCE HAMPTON<br>C/O FISHERMAN'S RETREAT<br>32300 SAN TIMOTEO CANYON ROAD<br>REDLANDS, CA 92373-7961 | CONSTANCE HAMPTON<br>C/O FISHERMAN'S RETREAT<br>32300 SAN TIMOTEO CANYON ROAD<br>REDLANDS, CA 92373-7961<br><br>Tel: | duplicate | | duplicate |
| KITTY K. SZETO, ESQ.<br>R. REX PARRIS LAW FIRM<br>13782 BEAR VALLEY ROAD<br>VICTORVILLE, CA 92392 | KITTY K. SZETO, ESQ.<br>R. REX PARRIS LAW FIRM<br>13782 BEAR VALLEY ROAD<br>VICTORVILLE, CA 92392<br><br>Tel: | Notice purposes only - counsel for Alwyn Wilkinson and William Banks Judgment; Case No. CIV DS 1114158 | | n/a |
| KITTY SZETO, ESQ.<br>R REX PARRIS LAW FIRM<br>43364 10TH STREET WEST<br>LANCASTER, CA 93534 | KITTY SZETO, ESQ.<br>R REX PARRIS LAW FIRM<br>43364 10TH STREET WEST<br>LANCASTER, CA 93534<br><br>Tel: | Notice purposes only - counsel for William Banks and Constance Hampton; Case No. CIV DS 1310587 | | n/a |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| WILLIAM BANKS<br>C/O OAK GLEN RETREAT<br>38955 OAK GLEN ROAD<br>YUCAIPA, CA 92399 | WILLIAM BANKS<br>C/O OAK GLEN RETREAT<br>38955 OAK GLEN ROAD<br>YUCAIPA, CA 92399<br><br>Tel: | duplicate | | duplicate |
| WILLIAM BANKS<br>C/O FISHERMAN'S RETREAT<br>32300 SAN TIMOTEO CANYON ROAD<br>REDLANDS, CA 92373-7961 | WILLIAM BANKS<br>C/O FISHERMAN'S RETREAT<br>32300 SAN TIMOTEO CANYON ROAD<br>REDLANDS, CA 92373-7961<br><br>Tel: | duplicate | | duplicate |
| DAVINDER SINGH<br>17150 EUCLID STREET, SUITE 200<br>FOUNTAIN VALLEY, CA 92708 | DAVINDER SINGH<br>17150 EUCLID STREET, SUITE 200<br>FOUNTAIN VALLEY, CA 92708<br><br>Tel: | Trade creditor | | $440,000.00 |
| GURMEET SINGH<br>2200 CUMBERLAND ROAD<br>GLENDORA, CA 91741 | GURMEET SINGH<br>2200 CUMBERLAND ROAD<br>GLENDORA, CA 91741<br><br>Tel: | Promissory Note | | $82,144.00 |
| SAMIR M. PATEL<br>5000 BIRCH STREET<br>WEST TOWER, SUITE 6000<br>NEWPORT BEACH, CA 92660 | SAMIR M. PATEL<br>5000 BIRCH STREET<br>WEST TOWER, SUITE 6000<br>NEWPORT BEACH, CA 92660<br><br>Tel: | Promissory Note | | $50,000.00 |
| ERIC M. STRONG, ESQ.<br>34756 DATE STREET<br>YUCAIPA, CA 92399 | ERIC M. STRONG, ESQ.<br>34756 DATE STREET<br>YUCAIPA, CA 92399<br><br>Tel: | Attorneys fees | | $46,500.00 |
| ERIC M. STRONG, ESQ.<br>PO BOX 1344<br>YUCAIPA, CA 92399 | ERIC M. STRONG, ESQ.<br>PO BOX 1344<br>YUCAIPA, CA 92399<br><br>Tel: | duplicate | | duplicate |
| AMERICAN EXPRESS<br>BILL PAYMENT<br>PO BOX 360001<br>FORT LAUDERDALE, FL 33336 | AMERICAN EXPRESS<br>BILL PAYMENT<br>PO BOX 360001<br>FORT LAUDERDALE, FL 33336<br><br>Tel: | Trade creditor | | $40,000.00 |
| PHILADELPHIA INSURANCE COMPANIES<br>231 SAINT ASAPH'S ROAD, SUITE 100<br>BALA CYNWYD, PA 19004 | PHILADELPHIA INSURANCE COMPANIES<br>231 SAINT ASAPH'S ROAD, SUITE 100<br>BALA CYNWYD, PA 19004<br><br>Tel: | Trade creditor | | $25,000.00 |
| SOUTHERN CALIFORNIA EDISON<br>PO BOX 300<br>ROSEMEAD, CA 91772-0001 | SOUTHERN CALIFORNIA EDISON<br>PO BOX 300<br>ROSEMEAD, CA 91772-0001<br><br>Tel: | Trade creditor | | $20,000.00 |
| SAM CLUB BUSINESS MASTERCARD<br>PO BOX 965004<br>ORLANDO, FL 32896-5004 | SAM CLUB BUSINESS MASTERCARD<br>PO BOX 965004<br>ORLANDO, FL 32896-5004<br><br>Tel: | Trade creditor | | $18,000.00 |
| WINDSTREAM<br>4001 RODNEY PARHAM ROAD<br>LITTLE ROCK, AR 72212 | WINDSTREAM<br>4001 RODNEY PARHAM ROAD<br>LITTLE ROCK, AR 72212<br><br>Tel: | Trade creditor | | $18,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| CYPRESS MANAGEMENT SERVICES<br>17150 EUCLID STREET, SUITE 200<br>FOUNTAIN VALLEY, CA 92708 | CYPRESS MANAGEMENT SERVICES<br>17150 EUCLID STREET, SUITE 200<br>FOUNTAIN VALLEY, CA 92708<br>Tel: | Trade creditor | | $12,000.00 |
| EMPLOYERS INSURANCE COMPANY<br>10375 PROFESSIONAL CIRCLE<br>RENO, NV 89521-4802 | EMPLOYERS INSURANCE COMPANY<br>10375 PROFESSIONAL CIRCLE<br>RENO, NV 89521-4802<br>Tel: | Trade creditor | | $12,000.00 |
| FERRELLGAS<br>174 BEAUMONT AVENUE<br>BEAUMONT, CA 92223 | FERRELLGAS<br>174 BEAUMONT AVENUE<br>BEAUMONT, CA 92223<br>Tel: | Trade creditor | | $9,000.00 |
| CLEARWATER OPERATIONS GROUP<br>PO BOX FB<br>BEAUMONT, CA 92223 | CLEARWATER OPERATIONS GROUP<br>PO BOX FB<br>BEAUMONT, CA 92223<br>Tel: | Trade creditor | | $4,000.00 |
| J & M BAIT DISTRIBUTORS<br>3208 LA MIRADA DRIVE<br>SAN MARCOS, CA 92078 | J & M BAIT DISTRIBUTORS<br>3208 LA MIRADA DRIVE<br>SAN MARCOS, CA 92078<br>Tel: | Trade creditor | | $2,500.00 |
| WELLS FARGO CARD SERVICES<br>PO BOX 30086<br>LOS ANGELES, CA 90030-0086 | WELLS FARGO CARD SERVICES<br>PO BOX 30086<br>LOS ANGELES, CA 90030-0086<br>Tel: | Trade creditor | | $2,000.00 |
| WRIGHT SEPTIC PUMPING<br>PO BOX 1196<br>SAN JACINTO, CA 92581 | WRIGHT SEPTIC PUMPING<br>PO BOX 1196<br>SAN JACINTO, CA 92581<br>Tel: | Trade creditor | | $ 750.00 |
| BURRTEC<br>9890 CHERRY AVENUE<br>FONTANA, CA 92335 | BURRTEC<br>9890 CHERRY AVENUE<br>FONTANA, CA 92335<br>Tel: | Trade creditor | | $ 700.00 |
| ANHEUSER-BUSCH<br>1400 MARLBOROUGH AVENUE<br>RIVERSIDE, CA 92507-2097 | ANHEUSER-BUSCH<br>1400 MARLBOROUGH AVENUE<br>RIVERSIDE, CA 92507-2097<br>Tel: | Trade creditor | | $ 500.00 |
| CR&R<br>11292 WESTERN AVENUE<br>STANTON, CA 90680 | CR&R<br>11292 WESTERN AVENUE<br>STANTON, CA 90680<br>Tel: | Trade creditor | | $ 400.00 |

I, **Surinder S. Dang, President of Halo Resorts, Inc.,** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my information and belief.

Dated: April 1, 2015

HALO RESORTS, INC.

By: /s/ *Surinder S. Dang*
_____
Surinder S. Dang
President

Verification of Creditor Mailing List - (Rev. 10/05)　　　　　　　　　　　　　　　　　　2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name **Melissa Davis Lowe; Bar Number: 245521**

Address **100 Spectrum Center Drive, Suite 600, Irvine, California 92618**

Telephone **(949) 340-3400**

[X] Attorney for Debtor(s)
[ ] Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): **Halo Resorts, Inc.** | Case No.: |
|---|---|
| | Chapter: **11** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

HALO RESORTS, INC.

Date: April 1, 2015

By: /s/ Surinder S. Dang
*Debtor*

SHULMAN HODGES & BASTIAN LLP

By: /s/ Melissa Davis Lowe

*Attorney (if applicable)*　　　　　　　　　　　　*Joint Debtor*

ALWYN WILKINSON & WILLIAM BANKS
C/O SHENKMAN & HUGHES
KEVIN I. SHENKMAN, ESQ.
28905 WIGHT ROAD
MALIBU, CA 90265


ALWYN WILKINSON
39478 CANYON DRIVE
FOREST FALLS, CA 92339-9685


ALWYN WILKINSON
13457 5TH PLACE
YUCAIPA, CA 92399


AMERICAN EXPRESS
BILL PAYMENT
PO BOX 360001
FORT LAUDERDALE, FL 33336


ANHEUSER-BUSCH
1400 MARLBOROUGH AVENUE
RIVERSIDE, CA 92507-2097


BURRTEC
9890 CHERRY AVENUE
FONTANA, CA 92335


CR&R
11292 WESTERN AVENUE
STANTON, CA 90680


CLEARWATER OPERATIONS GROUP
PO BOX FB
BEAUMONT, CA 92223

COCA-COLA
PO BOX 1734
ATLANTA, GA  30301



CONSTANCE HAMPTON
C/O SHENKMAN & HUGHES
28905 WIGHT ROAD
MALIBU, CA 90265



CONSTANCE HAMPTON
C/O FISHERMAN'S RETREAT
32300 SAN TIMOTEO CANYON ROAD
REDLANDS, CA  92373-7961



DAVINDER SINGH
17150 EUCLID STREET, SUITE 200
FOUNTAIN VALLEY, CA  92708



EMPLOYERS INSURANCE COMPANY
10375 PROFESSIONAL CIRCLE
RENO, NV  89521-4802



EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E, PO BOX 826880
SACRAMENTO, CA 94280-0001



ERIC M. STRONG, ESQ.
34756 DATE STREET
YUCAIPA, CA 92399



ERIC M. STRONG, ESQ.
PO BOX 1344
YUCAIPA, CA 92399

FERRELLGAS
174 BEAUMONT AVENUE
BEAUMONT, CA 92223


FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952


GURMEET SINGH
2200 CUMBERLAND ROAD
GLENDORA, CA 91741


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


J & M BAIT DISTRIBUTORS
3208 LA MIRADA DRIVE
SAN MARCOS, CA 92078


KITTY K. SZETO, ESQ.
R. REX PARRIS LAW FIRM
13782 BEAR VALLEY ROAD
VICTORVILLE, CA 92392


KITTY SZETO, ESQ.
R REX PARRIS LAW FIRM
43364 10TH STREET WEST
LANCASTER, CA 93534


MISSION MANAGEMENT SERVICES
17150 EUCLID STREET, SUITE 200
FOUNTAIN VALLEY, CA 92708

PHILADELPHIA INSURANCE COMPANIES
231 SAINT ASAPH'S ROAD, SUITE 100
BALA CYNWYD, PA  19004


RICOH USA
70 VALLEY STREAM PARKWAY
MALVERN, PA  19355


RIVERSIDE COUNTY TAX COLLECTOR
4080 LEMON STREET
RIVERSIDE, CA  92501


SAMIR M. PATEL
5000 BIRCH STREET
WEST TOWER, SUITE 6000
NEWPORT BEACH, CA 92660


SAM CLUB BUSINESS MASTERCARD
PO BOX 965004
ORLANDO, FL  32896-5004


SAN BERNARDINO COUNTY TAX COLLECTOR
172 W. THIRD STREET, FIRST FLOOR
SAN BERNARDINO, CA  92415-0360


SECURITIES EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071-9591


SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA  91772-0001

STATE BOARD OF EQUALIZATION
SPECIAL OPERATIONS BANKRUPTCY TEAM, MIC:
PO BOX 942879
SACRAMENTO, CA 94279-0074



SURINDER DANG
17150 EUCLID STREET, SUITE 200
FOUNTAIN VALLEY, CA 92708



WELLS FARGO CARD SERVICES
PO BOX 30086
LOS ANGELES, CA 90030-0086



WILLIAM BANKS
C/O OAK GLEN RETREAT
38955 OAK GLEN ROAD
YUCAIPA, CA 92399



WILLIAM BANKS
C/O FISHERMAN'S RETREAT
32300 SAN TIMOTEO CANYON ROAD
REDLANDS, CA 92373-7961



WINDSTREAM
4001 RODNEY PARHAM ROAD
LITTLE ROCK, AR 72212



WRIGHT SEPTIC PUMPING
PO BOX 1196
SAN JACINTO, CA 92581